JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT BOTELLO, | Case No. ED CV 11-823 GAF (MRW) |
|       Petitioner, | |
|    vs. | JUDGMENT |
| T.E. BUSBY, | |
|       Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:  August 13, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS-6